IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON C. ANDERSON,

                Petitioner,

v.                                              1:05-cv-952-WSD

THE UNITED STATES and
LOCKHEED GEORGIA
EMPLOYEES'S FEDERAL
CREDIT UNION,

                Respondents.

## OPINION AND ORDER

This matter is before the Court on Petitioner's Request for Reconsideration of Final Decision and Motion to Dismiss [40].

Petitioner moves this Court to reconsider its final order adopting the Magistrate Judge's Report, Recommendation and Order.  A motion for reconsideration is appropriate only where there is:  (1) newly discovered evidence; (2) an intervening development or change in controlling law; or (3) a need to correct a clear error of law or fact.  Jersawitz v. People TV, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999); Pres. Endangered Areas of Cobb's History, Inc. v. U.S. Army Corps of Eng'rs, 916 F. Supp. 1557, 1560 (N.D. Ga. 1995).  "Motions for

reconsideration shall not be filed as a matter of routine practice." L.R. 7.2(E), N.D.Ga.  Motions for reconsideration may not be used to present the Court with arguments already heard and dismissed, or to offer new legal theories or evidence that could have been presented in the previously filed motion.  Bryan v. Murphy, 246 F. Supp. 2d 1256, 1259 (N.D. Ga. 2003).

The Court finds Petitioner has not provided the Court with a sufficient basis to reconsider its order adopting the Magistrate Judge's Report, Recommendation and Order.  Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's request to reconsider is **DENIED**.

**SO ORDERED** this 22nd day of August, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE